JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDEEP ROY CHAUHAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　　Defendant. | Case No. CV 21-9416-MWF (AGRx)<br><br>ORDER GRANTING JOINT REQUEST FOR ENTRY OF AGREED ORDER |

　　　This matter comes before the Court on Plaintiff Sandeep Roy Chauhan ("Plaintiff") and Defendant Google LLC's ("Google") (collectively, "Parties") Joint Request for Entry of Agreed Order regarding Google's production of Decedent's Google Account contents in response to Plaintiff's Complaint.

　　　After reviewing the evidence before the Court regarding the claim that Bhagat Singh ("Decedent") is deceased, and that Plaintiff is the son of Decedent, the Court FINDS as follows:

　　　1.　　Decedent is the sole account holder of the Google Account registered under the email address mysandeepchauhan@gmail.com (the "Account").

　　　2.　　As the son of Decedent, Plaintiff has a legal right to obtain the contents of communications and other files stored in Decedent's Account.

　　　3.　　Under the circumstances of this case, and in light of this Order, no law, legal duty, or obligation, including, but not limited to, any provision of California law or the federal Stored Communications Act, 18 U.S.C. §§ 2701, *et seq.*, prohibits Google from disclosing to Plaintiff the contents stored in Decedent's Account.

　　　4.　　There is sufficient consent pursuant to the Stored Communications Act.

///

IT IS HEREBY ORDERED:

5. Within ten (10) business days of the entry of this Order, Plaintiff shall cause an email message to be sent to Google at postmortemrequests@google.com. That email message shall attach an electronic copy of this Order as entered by the Court and shall state as follows:

> I, Sandeep Roy Chauhan, obtained the attached Court Order directing Google LLC to produce to me reasonably accessible content stored in the Google Account at mysandeepchauhan@gmail.com for the following services: Gmail and Google Drive files from account creation to February 23, 2021.

6. The Consent Email shall further state that the Plaintiff consents to Google delivering the content to Sandeep Roy Chauhan at NeerajxChauhan@gmail.com, D-371, Baghola, Palwal, Haryana, 121102 India.

7. Within ten (10) business days of receiving the email message described in Paragraph 5, Google shall disclose to Plaintiff the contents specified in Paragraph 5. Google shall disclose those contents by sending them to Plaintiff, in an electronic format of Google's choosing, at the email address that Plaintiff uses to send the email message described in Paragraph 5 or to the mailing address outlined in Paragraph 6.

8. Google shall have no obligations to disclose any records under this Order until the Order is entered by this Court and until Google receives the email message described in Paragraph 5.

9. This Order resolves this action, and it is hereby DISMISSED with prejudice.

**IT IS SO ORDERED.**

Dated: March 4, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge